NATHAN JARVIS, Respondent, *v.* JOSEPH G. LAVINE, Appellant.

First Department, March 31, 1922.

**Process — form of summons provided by Code of Civil Procedure, § 418, sufficient compliance with Rules of Civil Practice, rule 45.**

The form of summons provided by section 418 of the Code of Civil Procedure is a substantial compliance with rule 45 of the Rules of Civil Practice and the court obtains jurisdiction by the service of a summons in that form.

APPEAL by the defendant, Joseph G. Lavine, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 14th day of February, 1922, denying his motion to set aside the service of the summons herein.

*Morris Grossman,* for the appellant.

No appearance for respondent.

PER CURIAM:

Rule 45 of the Rules of Civil Practice requires the summons to be in substantially the form therein provided. We think the form of the summons provided by section 418 of the Code of Civil Procedure is a substantial compliance with the provisions of said rule, and the court obtains jurisdiction by the service of the summons in the old form.

The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements.

Present — DOWLING, LAUGHLIN, SMITH, MERRELL and GREEN-BAUM, JJ.

Order affirmed, with ten dollars costs and disbursements.